**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tommie Henderson, | ) | No. CV 08-2090-PHX-NVW |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Yardhouse USA Incorporated; Yardhouse Glendale, LLC | ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that Defendants file by June 11, 2010, (1) a stipulation for dismissal of this action, (2) a stipulation that the settlement made in open court before the Magistrate Judge April 9, 2010, has been abandoned by all parties, or (3) a motion to enforce the settlement made in open court before the Magistrate Judge April 9, 2010, with supporting transcript.

IT IS FURTHER ORDERED that Plaintiff file by June 11, 2010, (1) a stipulation for dismissal of this action or (2) a response to Defendant's Motion for Summary Judgment (doc. # 59) will all required supporting documents and evidence.

IT IS FURTHER ORDERED that the order of April 12, 2010, (doc. # 62) is vacated, and Defendant's Motion for Summary Judgment (doc. # 59) is reinstated.

Dated: May 24, 2010.

_____
Neil V. Wake
United States District Judge